Opinion issued May 13, 2010.







 



In The

Court of Appeals

For the

First District of Texas

____________


NO. 01-10-00360-CV

____________


IN RE TOMAS GONZALEZ, Relator






Original Proceeding on Petition for Writ of Mandamus






MEMORANDUM OPINION Relator, Tomas Gonzalez, has filed a petition for a writ of mandamus complaining
of the trial judge's (1) May 11, 2010 Order Denying Petitioner Tomas Gonzalez's Objections
to Intervenor's Notice of Intention to Take Oral Deposition.

 We deny the petition for writ of mandamus. All pending motions are dismissed as
moot.

PER CURIAM

Panel consists of Chief Justice Radack and Justices Alcala and Bland.
1. -